NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARGENTUM MEDICAL, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**THOMAS MILLER** AND **GREGG SILVER,**
*Counterclaim Defendants-Appellants,*

v.

**NOBLE BIOMATERIALS,**     .
*Defendant/Counterclaimant-Appellee,*

AND

**DERMA SCIENCES, INC.,**
*Defendant/Counterclaimant.*

---

2011-1618, -1640, 2012-1035

---

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 08-CV-1305, Judge A. Richard Caputo.

---

**ON MOTION**

---

## ORDER

Argentum Medical, LLC, Thomas Miller, and Gregg Silver move without opposition for a 14-day extension of time, until January 17, 2012, to file their initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 5 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas C. Cronin, Esq.
    Robert W. Hayes, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 5 2012

JAN HORBALY
CLERK